UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE Tracey N Wise

IN RE:                                             CASE NUMBER 10-21162

Buttermilk Towne Center LLC

## US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 4/30/2010                                    TIME: 10:30

APPEARANCES:

    Hanrahan, Philip
    Hitchcock, Daniel
    Ellerman, Paige
    Hurley, Timothy
    Palmer, Tim

ISSUE:

| | | |
|---|---|---|
| 5 | 4/28/2010 | Expedited Motion for Interim Use of Cash Collateral, filed by Buttermilk Towne Center LLC. Hearing scheduled for 4/30/2010 at 10:30 AM at Lexington Courtroom, 3rd Floor. Last day to file objections: 5/12/2010. <b>SEE CORRECTIVE ENTRY #16</b> (Attachments: # (1) Continuation of Main Document # (2) Continuation of Main Document # (3) Continuation of Main Document # (4) Proposed Order) (Ellerman, Paige) Modified on 4/29/2010 (vlt). |

DISPOSITION:
    Cont

JUDGE'S NOTES:

    Final Hearing May 25th-Cov. 10:00a.m.  AO tbs re:
    preserving status quo pending hearing

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Tracey N Wise*
**Bankruptcy Judge
Dated: Friday, April 30, 2010
(gwp)**