UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE Tracey N Wise

IN RE:     CASE NUMBER 10-21162

Buttermilk Towne Center LLC

## US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 5/25/2010     TIME: 10:00

APPEARANCES:
  Ellerman, Paige
  Hurley, Tim
  Palmer, Tim

ISSUE:

| 5 | 4/28/2010 | Expedited Motion for Interim Use of Cash Collateral, filed by Buttermilk Towne Center LLC. Hearing scheduled for 4/30/2010 at 10:30 AM at Lexington Courtroom, 3rd Floor. Last day to file objections: 5/12/2010. SEE CORRECTIVE ENTRY #16. (Attachments: # (1) Continuation of Main Document # (2) Continuation of Main Document # (3) Continuation of Main Document # (4) Proposed Order) (Ellerman, Paige) Modified on 4/29/2010 (vlt). |

DISPOSITION:
  Other

JUDGE'S NOTES:

  Approve for operating expenses; allow escrow of $15000 per the budget; take under submission the issue of adequate protection of the $15000; Ellerman TSO

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N Wise*
**Bankruptcy Judge**
Dated: Tuesday, May 25, 2010
(gwp)