UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:

BUTTERMILK TOWNE CENTER, LLC,

    DEBTOR.

CASE NO. 10-21162

CHAPTER 11

## AMENDMENT TO SCHEDULES A AND F

Comes Buttermilk Towne Center, LLC (the "Debtor"), by counsel, and states that through inadvertence and error, certain amendments to its Schedules and Statement of Financial Affairs are necessary, to-wit:

1. Debtor amends its previously filed Schedule A (Doc. 57) to state the correct book value of the Debtor's real property.

2. Debtor amends its previously filed Schedule F (Doc. 57) to add additional unsecured creditors.

3. The amendments described above are attached hereto.

I, Timothy S. Baird, authorized representative of the Debtor named in the amendments described above and attached hereto, certify under penalty of perjury that the information listed above is true and correct to the best of my knowledge and belief.

Dated: September 10, 2010      **BUTTERMILK TOWNE CENTER, LLC**

    By: /s/ Timothy S. Baird
          Manager/Member

Respectfully submitted,

**TAFT STETTINIUS & HOLLISTER LLP**

By: /s/ Timothy J. Hurley
Timothy J. Hurley (OH 0006458 *Pro Hac Vice*)
Paige Leigh Ellerman (KY 88172)
Beth A. Silvers (KY 92202)
425 Walnut Street, Suite 1800
Cincinnati, OH  45202
(513) 381-2838 (Telephone)
(513) 381-0205 (Facsimile)
and
1717 Dixie Highway, Suite 910
Covington, KY  41011-4704
(859) 331-2838
hurley@taftlaw.com
ellerman@taftlaw.com
silvers@taftlaw.com
**ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION**

B6A (Official Form 6A) (12/07)

In re **Buttermilk Towne Center, LLC**                    ,      Case No. __10-21162__
                Debtor                                                                  (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2412-26 Baxter<br>Ft. Mitchell, KY 41017<br><br>AND<br><br>500-599 Clock Tower Way<br>Ft. Mitchell, KY 41017 | | | Book Value<br>$28,222,918.74 | $36,384,356.79 |
| | | Total▶ | $28,222,918.74 | |

(Report also on Summary of Schedules.)

B 6F (Official Form 6F) (12/07)

In re  Buttermilk Towne Center, LLC       ,        Case No. 10-21162
　　　　　　　　Debtor                                              (if known)
　　　　　　　　　　　　　AMENDED

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) ADD: | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0000833660<br>Northern Kentucky Water District<br>P. O. Box 188190<br>Erlanger, KY 41018-8190 | | | Utilities | | | | $1,901.76 |
| ACCOUNT NO. 0000830100<br>Northern Kentucky Water District<br>P. O. Box 188190<br>Erlanger, KY 41018-8190 | | | Utilities | | | | $2,149.77 |
| ACCOUNT NO.<br>Henry W. Schneider<br>8110 Plainfield Road<br>Cincinnati, OH 45236 | | | | X | X | X | Unknown |
| ACCOUNT NO.<br>Gregory J. Scheper<br>145 Krumpelman Dr.
Ft. Mitchell, KY 41017 | | | | X | X | X | Unknown |
| | | | | | | Subtotal▶ | $ |

____ continuation sheets attached

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by ECF through the United States Bankruptcy Court and by electronic mail and/or regular U.S. mail, postage prepaid, on the attached Master Service List this 10th day of September, 2010.

/s/ Timothy J. Hurley

11902401.1

**MASTER SERVICE LIST**
**Updated 06/03/2010**

Cincinnati Tan Company, Inc.
Attn: R. Daniel Caskey
10152 International Blvd.
Cincinnati, OH  45246

Tower Wireless, LTD
Attn: Nick Glassburn
776 North State St.
Westerville, OH  43082

Brandt Retail Group
8044 Montgomery Road
Suite 242
Cincinnati, OH  45236

Brandstetter Carroll, Inc.
424 East Fourth Street
Cincinnati, OH  45202

Civil & Enviro Consultants, Inc.
P. O. Box 644246
Pittsburgh, PA  15264-4246

Elegant Nail Spa, LLC
Attn: Phuc "Travis" Pham
230 Gheens Avenue
Louisville, KY  40214

Divisions, Inc.
3513 Solutions Center
Chicago, IL  60677-3005

Craftsman Electric, Inc.
3855 Alta Ave.
Cincinnati, OH  45236

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA  19114

NKY Haircuts, LLC
8350 Patrilla Lane
Cincinnati, OH  45249

K4 Architectural LLC
555 Gest Street
Cincinnati, OH  45203

Livengood
P. O. Box 434
Milford, OH  45150

Strauss & Troy
150 East Fourth Street
Cincinnati, OH  45202-4018

Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH  45202-3752

Kenton County Sheriff
303 Court Avenue, Suite 409
Covington, KY 41011

Kenton County Board of Education
1055 Eaton Drive
Ft. Wright, KY 41017

Kentucky Dept. of Revenue
leanne.warren@ky.gov
ryan.oakman@ky.gov

T. R. Gear Landscaping Inc.
P. O. Box 632763
Cincinnati, OH 45263

Keith M. Aurzada, Esq.
Attorney for L. A. Fitness Int'l LLC
Bryan Cave LLP
2200 Ross Avenue, Suite 300
Dallas, TX 75201
keith.aurzada@bryancave.com

Timothy D. Palmer, Esq.
Attorney for Bank of America
Buchanan Ingersoll & Rooney PC
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
timothy.palmer@bipc.com

Christopher Schueller, Esq.
Attorney for Bank of America
Buchanan Ingersoll & Rooney PC
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
christopher.schueller@bipc.com

Edward M. Kress, Esq.
Attorney for Morris Furniture Co. of Cincinnati
Dinsmore & Shohl, LLP
10 N. Ludlow Street, Suite 1100
Dayton, OH 45402
edward.kress@dinslaw.com

Devon E. Merling, Esq.
Attorney for Morris Furniture Co. of Cincinnati
Dinsmore & Shohl, LLP
225 East Fifth Street, Suite 1900
Cincinnati, OH 45202
devon.merling@dinslaw.com

11804860.1