**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:

BUTTERMILK TOWNE CENTER, LLC,

    DEBTOR.

CASE NO. 10-21162

CHAPTER 11

---

### AMENDMENTS TO CREDITOR MATRIX

---

    Comes Buttermilk Towne Center, LLC (the "Debtor"), by counsel, and hereby gives notice of the following changes to be made to the creditor matrix previously filed in this matter:

**Creditors to be Added:**

Henry W. Schneider
8110 Plainfield Road
Cincinnati, OH  45236

Gregory J. Scheper
145 Krumpelman Dr.
Ft. Mitchell, KY  41017

11893801.1

These creditors were listed on the Amended Schedule F filed on behalf of the Debtor on September 10, 2010 (Doc. 190) and the fee of $26.00 was paid at the time of filing of the Schedule.

Respectfully submitted,

**TAFT STETTINIUS & HOLLISTER LLP**

By: /s/ Timothy J. Hurley
Timothy J. Hurley (OH 0006458 *Pro Hac Vice*)
Paige Leigh Ellerman (KY 88172)
Beth A. Silvers (KY 92202)
425 Walnut Street, Suite 1800
Cincinnati, OH  45202
(513) 381-2838 (Telephone)
(513) 381-0205 (Facsimile)
and
1717 Dixie Highway, Suite 910
Covington, KY  41011-4704
(859) 331-2838
hurley@taftlaw.com
ellerman@taftlaw.com
silvers@taftlaw.com
**ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION**

11893801.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September, 2010, a true and correct copy of the foregoing was served through the United States Bankruptcy Court's ECF system and by electronic mail and/or regular U.S. mail, postage prepaid, on the attached Master Service List; and that the foregoing was also served, together with a copy of the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines (Doc. 26) by regular U.S. mail, postage prepaid, on the following:

Henry W. Schneider
8110 Plainfield Road
Cincinnati, OH  45236

Gregory J. Scheper
145 Krumpelman Dr.
Ft. Mitchell, KY  41017

/s/ Timothy J. Hurley

11893801.1

**MASTER SERVICE LIST**
**Updated 06/03/2010**

Cincinnati Tan Company, Inc.
Attn: R. Daniel Caskey
10152 International Blvd.
Cincinnati, OH 45246

Tower Wireless, LTD
Attn: Nick Glassburn
776 North State St.
Westerville, OH 43082

Brandt Retail Group
8044 Montgomery Road
Suite 242
Cincinnati, OH 45236

Brandstetter Carroll, Inc.
424 East Fourth Street
Cincinnati, OH 45202

Civil & Enviro Consultants, Inc.
P. O. Box 644246
Pittsburgh, PA 15264-4246

Elegant Nail Spa, LLC
Attn: Phuc "Travis" Pham
230 Gheens Avenue
Louisville, KY 40214

Divisions, Inc.
3513 Solutions Center
Chicago, IL 60677-3005

Craftsman Electric, Inc.
3855 Alta Ave.
Cincinnati, OH 45236

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

NKY Haircuts, LLC
8350 Patrilla Lane
Cincinnati, OH 45249

K4 Architectural LLC
555 Gest Street
Cincinnati, OH 45203

Livengood
P. O. Box 434
Milford, OH 45150

Strauss & Troy
150 East Fourth Street
Cincinnati, OH 45202-4018

Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH 45202-3752

Kenton County Sheriff
303 Court Avenue, Suite 409
Covington, KY 41011

Kenton County Board of Education
1055 Eaton Drive
Ft. Wright, KY 41017

Kentucky Dept. of Revenue
leanne.warren@ky.gov
ryan.oakman@ky.gov

T. R. Gear Landscaping Inc.
P. O. Box 632763
Cincinnati, OH 45263

Keith M. Aurzada, Esq.
Attorney for L. A. Fitness Int'l LLC
Bryan Cave LLP
2200 Ross Avenue, Suite 300
Dallas, TX 75201
keith.aurzada@bryancave.com

Timothy D. Palmer, Esq.
Attorney for Bank of America
Buchanan Ingersoll & Rooney PC
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
timothy.palmer@bipc.com

Christopher Schueller, Esq.
Attorney for Bank of America
Buchanan Ingersoll & Rooney PC
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
christopher.schueller@bipc.com

Edward M. Kress, Esq.
Attorney for Morris Furniture Co. of Cincinnati
Dinsmore & Shohl, LLP
10 N. Ludlow Street, Suite 1100
Dayton, OH 45402
edward.kress@dinslaw.com

Devon E. Merling, Esq.
Attorney for Morris Furniture Co. of Cincinnati
Dinsmore & Shohl, LLP
225 East Fifth Street, Suite 1900
Cincinnati, OH 45202
devon.merling@dinslaw.com

11804860.1