# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:

BUTTERMILK TOWNE CENTER, LLC,

    DEBTOR.

CASE NO. 10-21162

CHAPTER 11

---

## AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS

---

Comes Buttermilk Towne Center, LLC (the "Debtor"), by counsel, and states that through inadvertence and error, certain amendments to its Schedules and Statement of Financial Affairs are necessary, to-wit:

1. Debtor amends its previously filed Statement of Financial Affairs (Doc. 58) to add an additional suit to which Debtor is a party.

4. The amendment described above is attached hereto.

I, Timothy S. Baird, authorized representative of the Debtor named in the amendments described above and attached hereto, certify under penalty of perjury that the information listed above is true and correct to the best of my knowledge and belief.

Dated: September 10, 2010

                              **BUTTERMILK TOWNE CENTER, LLC**

                              By: /s/ Timothy S. Baird
                                  Manager/Member

11877519.1

Respectfully submitted,

**TAFT STETTINIUS & HOLLISTER LLP**


By: /s/ Timothy J. Hurley
Timothy J. Hurley (OH 0006458 *Pro Hac Vice*)
Paige Leigh Ellerman (KY 88172)
Beth A. Silvers (KY 92202)
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
(513) 381-2838 (Telephone)
(513) 381-0205 (Facsimile)
and
1717 Dixie Highway, Suite 910
Covington, KY 41011-4704
(859) 331-2838
hurley@taftlaw.com
ellerman@taftlaw.com
silvers@taftlaw.com
**ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION**

11877519.1

3

SECOND AMENDED STATEMENT OF FINANCIAL AFFAIRS

None
☐   c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| ADD: | CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|---|
| | Bank of America, N.A. v. Kenwood Towne Place, LLC, et al. Case No. A0905279 | Fraudulent Scheme to Convert Loan Proceeds | Court of Common Pleas Hamilton County, OH | Pending |

None
☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by ECF through the United States Bankruptcy Court and by electronic mail and/or regular U.S. mail, postage prepaid, on the attached Master Service List this 10th day of September, 2010.

/s/ Timothy J. Hurley

**MASTER SERVICE LIST**
**Updated 06/03/2010**

Cincinnati Tan Company, Inc.
Attn: R. Daniel Caskey
10152 International Blvd.
Cincinnati, OH 45246

Tower Wireless, LTD
Attn: Nick Glassburn
776 North State St.
Westerville, OH 43082

Brandt Retail Group
8044 Montgomery Road
Suite 242
Cincinnati, OH 45236

Brandstetter Carroll, Inc.
424 East Fourth Street
Cincinnati, OH 45202

Civil & Enviro Consultants, Inc.
P. O. Box 644246
Pittsburgh, PA 15264-4246

Elegant Nail Spa, LLC
Attn: Phuc "Travis" Pham
230 Gheens Avenue
Louisville, KY 40214

Divisions, Inc.
3513 Solutions Center
Chicago, IL 60677-3005

Craftsman Electric, Inc.
3855 Alta Ave.
Cincinnati, OH 45236

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

NKY Haircuts, LLC
8350 Patrilla Lane
Cincinnati, OH 45249

K4 Architectural LLC
555 Gest Street
Cincinnati, OH 45203

Livengood
P. O. Box 434
Milford, OH 45150

Strauss & Troy
150 East Fourth Street
Cincinnati, OH 45202-4018

Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH 45202-3752

Kenton County Sheriff
303 Court Avenue, Suite 409
Covington, KY 41011

Kenton County Board of Education
1055 Eaton Drive
Ft. Wright, KY 41017

Kentucky Dept. of Revenue
leanne.warren@ky.gov
ryan.oakman@ky.gov

T. R. Gear Landscaping Inc.
P. O. Box 632763
Cincinnati, OH 45263

Keith M. Aurzada, Esq.
Attorney for L. A. Fitness Int'l LLC
Bryan Cave LLP
2200 Ross Avenue, Suite 300
Dallas, TX 75201
keith.aurzada@bryancave.com

Timothy D. Palmer, Esq.
Attorney for Bank of America
Buchanan Ingersoll & Rooney PC
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
timothy.palmer@bipc.com

Christopher Schueller, Esq.
Attorney for Bank of America
Buchanan Ingersoll & Rooney PC
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
christopher.schueller@bipc.com

Edward M. Kress, Esq.
Attorney for Morris Furniture Co. of Cincinnati
Dinsmore & Shohl, LLP
10 N. Ludlow Street, Suite 1100
Dayton, OH 45402
edward.kress@dinslaw.com

Devon E. Merling, Esq.
Attorney for Morris Furniture Co. of Cincinnati
Dinsmore & Shohl, LLP
225 East Fifth Street, Suite 1900
Cincinnati, OH 45202
devon.merling@dinslaw.com

11804860.1