## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

IN RE:

BUTTERMILK TOWNE CENTER, LLC

      DEBTOR

CASE NO. 10-21162

CHAPTER 11

---

## AMENDED ORDER GRANTING MOTION
## OF DEBTOR AND DEBTOR IN POSSESSION
## FOR ORDER EXTENDING DEBTOR'S EXCLUSIVITY PERIOD TO
## SOLICIT ACCEPTANCES OF PLAN OF REORGANIZATION

---

This matter is before the Court on the Debtor's Motion for Order Extending Debtor's Exclusivity Period to Solicit Acceptances of Plan of Reorganization, filed on September 29, 2010 (the "Motion"). Capitalized terms not otherwise defined in this Order have the meanings set forth in the Motion. The Court having reviewed the Motion and finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (c) notice of the Motion was sufficient under the circumstances; and the Court being fully advised in the premises and having determined that the relief requested in the Motion is appropriate;

IT IS HEREBY ORDERED:

1.     The Debtor's Motion shall be and hereby is GRANTED;

2.     The 180-day period during which only the Debtor may solicit acceptances of its Plan is hereby extended by 60 days, to and including December 23, 2010.

3.      Nothing in this Order shall impair or enhance the Debtor's right to additional extensions of the period during which only the Debtor may solicit acceptances of its Plan; provided, however, that any order or orders granting the Debtor such additional extensions beyond February 21, 2011 shall not exclude Bank of America, N.A. from filing and seeking approval of a plan.

Tendered by:                                        Have seen and agreed:

**TAFT STETTINIUS & HOLLISTER LLP**          **BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ Timothy J. Hurley                    By: /s/ Timothy P. Palmer
Timothy J. Hurley (*Pro Hac Vice*)           Timothy P. Palmer (*Pro Hac Vice*)
Paige Leigh Ellerman (KY 88172)              Christopher P. Scheuller (*Pro Hac Vice*)
Beth A. Silvers (KY 92202)                   One Oxford Centre
425 Walnut Street, Suite 1800                301 Grant Street, 20th Floor
Cincinnati, OH  45202                        Pittsburgh, PA 15219
(513) 381-2838 (Telephone)                   (412) 563-8800 (Telephone)
(513) 381-0205 (Facsimile)                   (412) 562-1041 (Facsimile)
and
1717 Dixie Highway, Suite 910                **ATTORNEYS FOR BANK OF AMERICA, N.A.**
Covington, KY  41011-4704
(859) 331-2838
hurley@taftlaw.com
ellerman@taftlaw.com
silvers@taftlaw.com
**ATTORNEYS FOR DEBTOR**
**AND DEBTOR-IN-POSSESSION**

**Pursuant to Local Rule 9022-1(c), Timothy J. Hurley, Esq.**
**shall cause a copy of this Order to**
**be served on each of the parties listed on the**
**Master Service List and shall file with the**
**Court a certificate of service of the Order upon such**
**parties within fourteen (14) days hereof.**

- 2 -

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document*
*has been signed by the Judge and electronically entered by the Clerk in the*
*official record of this case.*



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Tuesday, October 19, 2010**
**(tnw)**