**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | Case No. 10-21162 |
| | : | |
| **BUTTERMILK TOWNE CENTER, LLC,** | : | Chapter 11 |
| | : | |
| **Debtor** | : | Honorable Judge Wise |
| | : | |

**NOTICE OF DEBTOR'S INTENT TO ASSUME AND
ASSIGN CERTAIN UNEXPIRED LEASES AND EXECUTORY
CONTRACTS AND SETTING FORTH CURE AMOUNTS**

**Please take notice** that on September 2, 2011, Buttermilk Towne Center, LLC, debtor and debtor in possession (the "Debtor"), filed a motion seeking the entry of an order approving the Debtor's proposed process for the sale of substantially all of its assets, the maintenance of the Tax Abatement, and the assumption and assignment of certain unexpired leases and executory contracts (Doc. No. 345) (the "Motion"). Capitalized terms not otherwise defined in this Notice have the meanings set forth in the Motion. By order dated September 22, 2011, the Bankruptcy Court approved the Debtor's Bid Procedures (the "Bid Procedures Order"). A notice concerning the Debtor's proposed transaction is attached to this Notice as Exhibit A and is being filed simultaneously with this Notice.

**Please take further notice** that the Debtor will seek approval of a Transaction pursuant to the deadlines set forth in the Bid Procedures Order.

**Please take further notice** that the Debtor is a party to various unexpired leases and executory contracts (the "Contracts and Leases"). Pursuant to the Bid Procedures Order, the Debtor intends to seek the Bankruptcy Court's approval of its assumption and assignment to the Purchaser of the Leases and Contracts designated by the Purchaser (the "Assumed Contracts and Leases").

**Please take further notice** that you have been identified as a party to a Contract or Lease that the Debtor may seek to assume and assign. The Contracts and Leases that **may** be assumed and assigned by the Debtor are set forth on Exhibit B to this Notice. By October 19, 2011, the Debtor will file a notice identify the corresponding proposed cure amounts, if any, for the Contracts and Leases (the "Cure Amounts").

**Please take further notice** that the assumption and assignment of any unexpired lease or executory contract will result in the full release and satisfaction of any claims or defaults, whether monetary or non-monetary, through the date of the assumption and assignment.

12329987.1

**Please take further notice** that any objections to the proposed assumption and assignment of the Assumed Contracts and Leases as designated by the Purchaser (including objections related to the Cure Amounts or adequate assurances of future performance) must (a) be in writing; (b) state with specificity the nature of the objection and the alleged cure amount; (c) include any documentation supporting the alleged cure amount; and (d) by October 24, 2011 at 12:00 p.m. (EST) (the "Objection Deadline"), be filed with the Court and served on counsel to the Debtor (Taft Stettinius & Hollister, LLP, Attn: Timothy J. Hurley, 425 Walnut Street, Suite 1800, Cincinnati, OH 45202), counsel to the Bondholder (Buchanan Ingersoll & Rooney PC, Attn: Timothy P. Palmer, One Oxford Centre, 301 Grant Street, 20th Floor, Pittsburgh, PA 15219), and counsel to the United States Trustee (Office of the United States Trustee, Attn: Philip Hanrahan, 100 E. Vine Street, Suite 500, Lexington, KY 40507).

**Please take further notice** that if you fail to file and serve any objection by the Objection Deadline, you will be deemed to have waived your objection and to have consented to the Transaction and the proposed assumption and assignment of your lease or contract on the terms proposed by the Debtor.

**Please take further notice** that if you fail to file and serve any objection by the Objection Deadline, you will be forever enjoined and barred from seeking any additional amount on account of the Debtor's cure obligations under Section 365 of the Bankruptcy Code or on account of any claims or defaults under your lease or contract through the date of the assumption and assignment, or otherwise from the Debtor, its estate, or the Purchaser and, upon approval by the Bankruptcy Court of the assumption and assignment, you will be deemed to have waived any right to object, consent, condition, or otherwise restrict such assumption and assignment.

**Please take further notice** that a hearing on the objections, if any, may be held at the Sale Hearing (described in the Transaction Notice) or on such other date before or after the Sale Hearing as the Bankruptcy Court may designate.

**Please take further notice** that the Debtor's decision to assume and assign Contracts and Leases is subject to consummation of the Transaction.  Absent consummation of the Transaction, each Contract and Lease shall be subject to further administration under the Bankruptcy Code.  The designation of any agreement as a Lease or Contract shall not constitute or be deemed to constitute a determination or admission by the Debtor that the agreement is an executory contract or unexpired lease under the Bankruptcy Code.

**Please take further notice** that the Debtor reserves the right to remove any Assumed Contract or Lease from any proposed Transaction and withdraw the request to assume and assign such Contract or Lease.

Dated:  October 12, 2011

Respectfully submitted by:

**TAFT STETTINIUS & HOLLISTER LLP**

By: /s/ Timothy J. Hurley
Timothy J. Hurley (*Pro Hac Vice*)
Beth A. Silvers (KY 92202)
425 Walnut Street, Suite 1800
Cincinnati, OH  45202
(513) 381-2838 (Telephone)
(513) 381-0205 (Facsimile)
and
1717 Dixie Highway, Suite 910
Covington, KY  41011-4704
(859) 331-2838
hurley@taftlaw.com
silvers@taftlaw.com
**ATTORNEYS FOR DEBTOR
AND DEBTOR-IN-POSSESSION**

12329987.1

3

**Exhibit A – Transaction Notice**

**Exhibit B – Schedule of Leases and Contracts**
**Assumed Contracts and Leases**

1.  Amended and Restated Agreement of Lease between City of Crescent Springs, Kentucky and Buttermilk Towne Center, LLC $56,000,000 Maximum Aggregate Principal Amount Taxable Industrial Revenue Bonds, Series 2007 (Buttermilk Towne Center, LLC Project) Dated as of December 1, 2007 (as amended by agreement between Purchaser and City, which shall be approved by the City).

2.  Lease Agreement dated April 14, 2004 between Buttermilk Towne Center, LLC and Remke Markets, Inc. (as amended), including:

    a.  Lease Guaranty Agreement dated June 2, 2004 between SUPERVALU Holdings, Inc. and Buttermilk Towne Center, LLC
    b.  Guarantor Substitution Agreement dated March 11, 2005 between Remke Markets, Inc. and Buttermilk Towne Center, LLC.

2.  Lease Agreement dated January 18, 2006 between Buttermilk Towne Center, LLC and Advance America, Cash Advance Centers of Kentucky, Inc., including:

    a.  Guaranty of Lease Agreement dated January 12. 2006 between Advance America, Cash Advance Centers of Kentucky, Inc. and Buttermilk Towne Center, LLC.
    b.  Amendment of Lease dated October 8, 2007 between Buttermilk Towne Center and Advance America, Cash Advance Centers of Kentucky, Inc.

4.  Lease Agreement dated August 12, 2005 between Buttermilk Towne Center, LLC and Morris Furniture Co. of Cincinnati, Inc., including:

    a.  First Amendment of Lease Agreement dated January 8, 2006 between Buttermilk Towne Center, LLC and Morris Furniture Co. of Cincinnati, Inc.

5.  Lease Agreement dated December 21, 2004 between Buttermilk Towne Center, LLC and NKY Haircuts, LLC, including:

    a.  First Amendment to Lease dated February 20, 2006 between Buttermilk Towne Center, LLC and NKY Haircuts, LLC.

6.  Lease Agreement dated July 11, 2007 between Buttermilk Towne Center, LLC and Cincinnati Tan Company, LLC.

7.  Agreement of Lease dated August 1, 2004 between Buttermilk Towne Center, LLC and City of Crescent Springs, Kentucky.

12329987.1                                5

8.     Lease Agreement dated May 18, 2007 between Buttermilk Towne Center, LLC and Elegant Nail Spa, LLC, including:

        a.     Guaranty of Lease Agreement dated May 18, 2007 between Buttermilk Towne Center, LLC and Phuc Pham ("Guarantor").

9.     Lease Agreement dated November 16, 2007 between Buttermilk Towne Center, LLC and Empire Buffet of Kentucky, Inc.

10.     Lease Agreement dated September 18, 2006 between Buttermilk Towne Center, LLC and FedEx Kinko's Office and Print Services, Inc.

11.     Ground Sublease Agreement dated December 13, 2004 between Buttermilk Towne Center, LLC and Home Depot U.S.A., Inc., including:

12.     Ground Lease dated May 16, 2005 between Buttermilk Towne Center, LLC and National City Bank, including:

        a.     Amendment to Ground Lease dated July 24, 2006 between Buttermilk Towne Center, LLC and National City Bank.

13.     Lease Agreement dated January 6, 2006 between Buttermilk Towne Center, LLC and Papa Murphy's at Buttermilk Towne Center, LLC, including:

        a.     Guaranty of Lease Agreement dated December 22, 2005 between Buttermilk Towne Center, LLC and Mark J. Roma and Stephanie M. Roma (collectively, the "Guarantors").

        b.     First Amendment to Lease Agreement dated April 14, 2006 between Buttermilk Towne Center, LLC and Papa Murphy's at Buttermilk Towne Center, LLC.

        c.     Assignment and Assumption of Lease dated June 18, 2007 between Papa Murphy's at Buttermilk Towne Center, LLC and Brojos, Inc.

        d.     Amendment to Guaranty of Lease Agreement dated June 18, 2007 between Buttermilk Towne Center, LLC and Mark J. Roma and Stephanie M. Roma (collectively, the "Guarantors").

        e.     Guaranty of Lease Agreement dated June 18, 2007 between Buttermilk Towne Center, LLC and  Bradley Joseph Jones and Tonya Lee Jones (collectively, the "Guarantors").

14.     Lease Agreement dated September 15, 2005 between Buttermilk Towne Center, LLC and JP Bishop, Inc., including:

12329987.1               6

       a.      Guaranty of Lease Agreement dated August 10, 2005 between Buttermilk Towne Center, LLC and Robert Paul Bishop and Julie Frances Bishop.

15.    Lease Agreement dated May 20, 2004 between Buttermilk Towne Center, LLC and Rhodes, Inc. d/b/a Rhodes Furniture.

16.    Lease Agreement dated August 17, 2005 between Buttermilk Towne Center, LLC and Shivam Enterprises, Inc. d/b/a Salsarita's.

17.    Lease Agreement dated June 28, 2007 between Buttermilk Towne Center, LLC and Tower Wireless, Ltd.

18.    Lease Agreement dated March 3, 2006 between Buttermilk Towne Center, LLC and Wireless Venture Partners, LLC.

19.    Agreement in Lieu of Taxes dated November 19, 2007 among Buttermilk Towne Center, LLC, City of Crescent Springs, and Kenton County School District (the "School/City PILOT Agreement").

20.    Agreement in Lieu of Taxes dated December 17, 2007 between Buttermilk Towne Center, LLC and Kenton County Public Library (the "Library PILOT Agreement").