UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE Tracey N Wise

IN RE:                                                    CASE NUMBER 10-21162

Buttermilk Towne Center LLC

## US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 10/26/2011                                          TIME: 10:00

APPEARANCES:

  Sweeter, Robert
  Hurley, Tim
  Palmer, Tim
  Hanrahan, Phil
  Teeters, Jeff

ISSUE:

| | | |
|---|---|---|
| 345 | 9/2/2011 | Motion for Orders (A) Approving Bid Procedures, Notice of Sale, and Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases; and (B) Approving Sale of Substantially All of Debtor's Assets Free and Clear of Liens, Claims, Encumbrances, and Interests and Assumption and Assignment of Executory Contracts and Unexpired Leases filed by Buttermilk Towne Center LLC. Hearing scheduled for 9/13/2011 at 01:45 PM at Covington Courtroom. (Attachments: # (1) Proposed Order # (2) Proposed Order) (Hurley, Timothy) |

DISPOSITION:
  Other

JUDGE'S NOTES:

  Sale Approved new order TBS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N Wise*
**Bankruptcy Judge**
**Dated: Wednesday, October 26, 2011**
**(gwp)**